# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 4, 2024

## NO. 03-24-00316-CV

**Greyeson Garcia and Lazaro Garcia, Appellant**

**v.**

**ML-Austin-I, LLC, d/b/a Chateau Avalon of Austin, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
VACATED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on April 11, 2024. The parties have filed a Joint Motion to Dispose of Appeal by Agreement. Therefore, the Court vacates the trial court's judgment without regard to the merits and remands the case to the trial court for further proceedings consistent with the Court's opinion. Both parties shall bear their own costs relating to this appeal, both in this Court and in the court below.